**Order entered August 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00907-CV

### IN THE INTEREST OF H.B.C., A CHILD

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-17-1672**

## ORDER

On August 13, 2019, a supplemental clerk's record was filed. Included in the supplemental record are trial court orders allowing Meghan E. Miller to withdraw as counsel for Mother and appointing Garland D. Cardwell to represent Mother. Accordingly, we **DIRECT** the Clerk of the Court to remove Ms. Miller as Mother's counsel and substitute Mr. Cardwell in her place.

/s/    KEN MOLBERG
        JUSTICE